# ZEMAN & WOMBLE, LLP

KEN WOMBLE
20 VESEY STREET, RM 400
NEW YORK, NY 10007

P (718) 514 - 9100
F (917) 210 - 3700
WOMBLE@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

---

MEMO ENDORSED

May 8, 2020

BY ECF & FAX
Hon. Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *United States v. Jacinto Garcia*
      18 Cr. 802 (CM)

> 5/8/20
>
> Mr. Womble is reappointed nunc pro tunc to April 1, 2020, to represent defendant in connection with his motion to compassionate release.
>
> [signature]

Dear Chief Judge McMahon:

As you are aware at this point, I represented Jacinto Garcia in the above-referenced matter pursuant to Criminal Justice Act 18 U.S.C. §3006A, from the inception of his case through sentencing. I recently filed a post-sentencing motion for Compassionate Release (see Dkt. # ) as well as a Reply to the Government's Response (see Dkt. # ). Prior to filing the motion for Compassionate Release, on April 2, 2020, I submitted a petition directly to the Warden of FCI Fort Dix asking for Mr. Garcia to be granted compassionate release. I respectfully request the Court reappoint me, nunc pro tunc, from April 1, 2020, the date I began working on the issues related to the request for Compassionate Release on Mr. Garcia's behalf.

Thank you for your consideration of this request.

Sincerely,

/s/ Ken Womble

Ken Womble
Zeman & Womble, LLP
Counsel for Jacinto Garcia

USBC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/20