# ZEMAN & WOMBLE, LLP

KEN WOMBLE  
20 VESEY STREET, RM 400  
NEW YORK, NY 10007  

P (718) 514 - 9100  
F (917) 210 - 3700  
WOMBLE@ZEMANWOMBLELAW.COM  

WWW.ZEMANWOMBLELAW.COM

---

February 11, 2021

BY ECF & EMAIL  
Hon. Colleen McMahon  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

**MEMO ENDORSED** 3/2/21

Mr. Womble is reappointed to represent defendant in connection with motion for compassionate release/or alternatively a reduction in sentence. The reappointment is nunc pro tunc to Jan 1, 2021.

Re: *United States v. Jacinto Garcia*  
18 Cr. 802 (CM)

Dear Judge McMahon:

I write on behalf of Jacinto Garcia, currently incarcerated at FCI Fort Dix, New Jersey, a facility that is currently experiencing another COVID outbreak. The BOP reports that over 1,600 inmates at Fort Dix have tested positive for COVID since the beginning of the pandemic.

I represented Mr. Garcia in the above-referenced matter pursuant to Criminal Justice Act 18 U.S.C. §3006A, from the inception of his case through sentencing. Mr. Garcia was sentenced to 6 years incarceration by your honor on September 12, 2019. Your Honor reappointed me to represent Mr. Garcia during his 2020 request for compassionate release. I filed a motion on April 30, 2020, requesting compassionate release for Mr. Garcia. That motion was denied on May 13, 2020.

I respectfully request CJA reappointment to submit a motion requesting reconsideration of the Court's denial of our request for compassionate release, as well as a motion requesting, in the alternative, a reduction to Mr. Garcia's sentence pursuant to *United States v. Brooker*, No. 19-3218, WL 5739712 (2d Cir. Sept. 25, 2020). Should the Court grant this request, I would ask that reappointment be ordered *nunc pro tunc* from January 1, 2021, as I have been in contact with Mr. Garcia since the beginning of this year monitoring his medical situation and his conditions of confinement at Fort Dix.

Thank you for your consideration of this request.

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 3/2/21

Respectfully Submitted,

*Ken Womble*

Ken Womble  
Zeman & Womble, LLP

Cc: AUSA Dominic Gentile